# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| OSCAR CLIFTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, WARDEN,<br><br>　　　　Respondent. | No. CV 08-8475-GAF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: May 27, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE